## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
Joe Hand Promotions, Inc.,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:09-cv-00297 OWW DLB

Jose Villalobos, Jr. and
Jose Villalobos, Sr.,

          Defendant.
_____/
```

Judgment is entered in this action against Defendants Jose Villalobos, Jr. and Jose Villalobos, Sr.
Damages in the total amount of $60,000.00 is awarded as follows:

```
    For violation of 47 U.S.C. section 605, the sum of $30,000.00
    For violation of 47 U.S.C. section 553, the sum of $30,000.00
```

DATED: November 5, 2009                     VICTORIA C. MINOR, Clerk


                                                   /s/ RENEE GAUMNITZ
                                            By:  Renee Gaumnitz,
                                                 Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com